IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| KAYLA M. HUFFMAN AND AARON S. PURINTON, <br> Plaintiffs, <br> vs. <br> AMCO INSURANCE COMPANY <br> Defendant. | Case No.: 4:17-cv-00485-BCW |

**PLAINTIFF'S MOTION TO REMAND THIS MATTER**
**TO THE JACKSON COUNTY CIRCUIT COURT**

COMES NOW Plaintiffs, Kayla M. Huffman and Aaron S. Purinton, through undersigned counsel, pursuant to Fed. R. Civ. P. 7(b), Local Rule 7.0(b), and 28 U.S.C. § 1447, and for the reasons asserted in their Suggestions in Support thereof, hereby moves this Honorable Court to remand this cause to the Jackson County Circuit Court, from which it has been removed.

Respectfully Submitted,

*/s/ Kevin Humiston #62171*
Kevin D. Humiston #62171
Humiston Law, LLC.
6304 N. Lucerne Ave.
Kansas City, MO 64151
P: (816) 505-0001
F: (816) 584-0005
kevin@humistonlaw.com

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above and foregoing was served upon Defendant, electronically, as well as via the Court's ECF, through its counsel of record, this 12th day of July, 2017, as detailed below:

Nikki E. Cannezzaro
8900 Ward Parkway
Kansas City, MO 64114
ncannezzaro@fsmlawfirm.com
Attorney for Defendant

*Kevin Humiston*
Kevin D. Humiston